IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOE N AMMONS,

    Petitioner,

v.                                                           CASE NO. 4:08-cv-00208-MP -GRJ

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that the 28 U.S.C. § 2254 petition be denied. The Petitioner filed objections, Doc. 26, and a motion to appoint counsel, Doc. 27. Having conducted a de novo review of the objected to portions of the Report and Recommendation, the Court finds first that nothing about this case is so complex as to require appointed counsel. Second, the Court finds that the Report and Recommendation of the Magistrate Judge should be adopted and the petition denied.

The Court agrees with the Magistrate Judge that Petitioner never identified to trial counsel the potential witnesses he now claims should have been interviewed. Also, the Court agrees that, given the consistent testimony of Ms. Leland that Petitioner did not have permission to be in her home, any testimony by the other witnesses would not be likely to change the outcome. Also, the Court agrees that Petitioner never presented the ineffective assistance of

counsel claim relating to the jury instruction on burglary to the state courts. Thus, Petitioner has failed to exhaust state remedies on this claim. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Petition under 28 U.S.C. § 2254 is denied.

3. For the reasons stated above the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this *15th* day of March, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge